851 A.2d 858

**Michael R. YANCEY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 21, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of June, 2004, the order appealed is affirmed pursuant to *Franklin v. Pennsylvania Board of Probation and Parole,* 83 Pa.Cmwlth. 318, 476 A.2d 1026, (1984) and *Dinkins v. Dept. of Justice,* 105 Pa.Cmwlth. 282, 523 A.2d 1218 (1987).